## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| PATRICIA BRANNING, | : |
| | : |
| PLAINTIFF | : |
| | : Civil Action No.: 3:14cv00993 HTW-LRA |
| v. | : |
| | : |
| JOHNSON & JOHNSON, ET AL. | : |
| | : |
| DEFENDANTS | : |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that attorney Christy D. Jones of Butler Snow LLP, hereby withdraws as counsel for Defendants Johnson & Johnson and Ethicon, Inc. Attorneys at Butler Snow LLP, will continue to represent Johnson & Johnson and Ethicon, Inc. in this matter.

This the 1st day of May, 2019.

                                            Respectfully submitted,

                                            */s/ Christy D. Jones*
                                            Christy D. Jones
                                            Butler Snow LLP
                                            1020 Highland Colony Parkway
                                            Suite 1400
                                            Ridgeland, MS 39157
                                            Telephone: (601) 948-5711
                                            Fax: (601) 985-4500
                                            Christy.Jones@butlersnow.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this Court.

THIS the 1st day of May 2019.

                                                  */s/ Christy D. Jones*
                                                   CHRISTY D. JONES